ACCEPTED
14-14-00649-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 4:53:04 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00649-CV

_____

**In the Court of Appeals
for the Fourteenth District of Texas
at Houston**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 4:53:04 PM
CHRISTOPHER A. PRINE
Clerk

_____

DAVID L. GLASSEL,

*Appellant,*

v.

SEAMLESS OPERATING GROUP, LLC INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF CHEMICAL FREE SOLUTIONS, LLC,
AND CEDAR OIL SOLUTIONS, LLC

*Appellees*

On Appeal from the 189th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2012-41601

**APPELLANT DAVID L. GLASSEL'S MOTION TO EXTEND TIME
FOR FILING OF APPELLANT'S BRIEF**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 26.3, Appellant David L. Glassel files this Motion for Extension of Time to File his Appellant's Brief, which complies with Rule 10.5(b), and respectfully shows the Court as follows:

1. This is an appeal from the final order in Cause No. 2012-41601; *Seamless Operating Group, LLC et al v. David L. Glassel et al;* In the 189th Judicial District Court of Harris County, Texas.

2. The current deadline for Mr. Glassel's Appellant's Brief is Friday, January 30, 2015.

3. Mr. Glassel was pro se at trial and in this appeal until he was able to engage the undersigned counsel, who has appeared contemporaneous with the filing of this motion on January 29, 2015.

4. This is Mr. Glassel's second request for an extension of time. Mr. Glassel previously requested a 30-day extension to allow him to engage counsel, which the Court granted.

5. Mr. Glassel seeks an extension of time until Monday, March 2, 2015, which would be a 32-day extension, to allow his counsel to review the record and the law, and to draft a brief that would assist the Court regarding Mr. Glassel's issue on appeal. Mr. Glassel was previously unable to secure representation due to the complexity of the matter on appeal and insufficient funds. The undersigned counsel does not have sufficient time to properly prepare a brief to the Court without the requested extension.

6. Mr. Glassel brings this motion pursuant to Texas Rules of Appellate Procedure 38.6(d) and in compliance with Rule 10.5(b).

7.     Mr. Glassel does not seek this extension for the purposes of delay but only so that justice may be service.

PRAYER

For all these reasons, Appellant David L. Glassel respectfully requests a 32-day extension of time for filing his Appellant's Brief until Monday, March 2, 2015 and for such further or additional relief to which he may be entitled.

Respectfully submitted,

*/s/George F. May/*

_____

George F. May
TBA No. 24037050
TWOMEY | MAY, PLLC
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 [Telephone]
(832) 201-8485 [Telecopier]
gmay@twomeymay.com

**Attorneys for Appellant**
**David L. Glassel**

## CERTIFICATE OF CONFERENCE

I, George F. May, counsel for Appellant David L. Glassel, do hereby certify that I have conferred with Appellees' counsel Travis Vargo regarding Appellant's second request for extension of time to file his Appellant's Brief and Mr. Vargo indicated to me that he would confer on the matter but, at the time of this filing, I have not heard from Mr. Vargo so this motion is filed assuming Appellees oppose Appellant's request.

*/s/ George F. May/*

George F. May

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below on January 29, 2015 as follows:

Travis B. Vargo
FRIDGE & RESENDEZ LLC
3000 Smith St.
Houston, Texas 77006
(713) 226-9100 – Phone
(713) 226-9800 – Fax
tvargo@frw-law.com

Attorney for Appellees

By (check all that apply)
- ☐ personal delivery
- ☐ mail
- ☐ commercial delivery service
- ☒ fax, email, or electronic service

*/s/ George F. May/*

George F. May

Date:  January 29, 2015